Norma Kay Tice, Plaintiff-Appellee, v. Ralph
Henschel, Defendant-Appellant.

Gen. No. 11,308. 

Second District, First Division.
December 16, 1959.
Released for publication January 4, 1960.

George E. Graziadei (Joseph I. Bulger, G. J. Devanna, and Francis A. Fanelli, of counsel) for appellant; Eckert, Caldwell, and Gleason, for plaintiff-appellee. Opinion by PRESIDING JUSTICE SPIVEY. Not to be published in full.